

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00836-CR

Eugene **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9058
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 1, 2018.

_____
Luz Elena D. Chapa, Justice